467 A.2d 41

Commonwealth v. Daly, Appellant.

 Argued September 15, 1981. Michael A. Raffaele, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE* and WATKINS, JJ.

Judgment of sentence affirmed.